# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| AIR FOODMART, INC. and § | |
| RAFIQ MERCHANT, § | |
| § | |
| Plaintiffs, § | |
| v. § | Case No. 3:09-cv-1134 |
| § | (Removed from the 44th Judicial |
| LEASE FINANCE GROUP, LLC § | District Court, Dallas County, Texas) |
| § | |
| Defendant. § | |

## DEFENDANT'S NOTICE OF WITHDRAWAL
## OF MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Lease Finance Group, LLC ("LFG"), hereby gives Notice of the Withdrawal without prejudice to the refiling of its Motion to Dismiss or, in the alternative, Motion to Transfer Venue filed on June 23, 2009, in the captioned matter. This Motion was set for hearing at 1:30 p.m. on Monday, March 22, 2010, by the Court's Order of February 5, 2010.

Pursuant to that Order, discovery limited to the issues raised by the pending Motion and Plaintiff's Response was authorized prior to the issuance of an initial Scheduling Order/Rule 26 Conference. Defendant was unable to complete meaningful discovery in the limited time frame authorized due to scheduling conflicts, including the death of the lead counsel's father after the Order was issued. Likewise, Plaintiffs' Response raised issues that go to the underlying merits of the case that need to be developed by full discovery, rather than the limited expedited discovery previously authorized by the Court. Consequently, Defendant, Lease Finance Group, respectfully withdraws its pending Motion without prejudice and requests the Court instead to issue a Scheduling Order so that matters can proceed apace.

Respectfully submitted,

*/s/ Wm. Bruce Stanfill*
**Wm. Bruce Stanfill**
Texas Bar No.: 19034350
Federal Bar No: 8899
wstanfill@bmpllp.com
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Boulevard, Suite 2500
Houston, Texas  77056-3000
Telephone:  (713) 623-0887
Facsimile:    (713) 960-1527

and

**Sarah B. Davis**
Texas Bar No. 24059659
sdavis@bmpllp.com
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1700 Pacific Avenue, Ste. 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340

**ATTORNEYS FOR DEFENDANT
LEASE FINANCE GROUP, LLC**

- 3 -

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of this document has been forwarded to all counsel of record as listed below by e-filing in compliance with the applicable Federal Rules of Civil Procedure, on the 10th day of March, 2010.

     Greg Gutman, Esq.
     LAW OFFICE OF GREG GUTMAN
     12770 Coit Road, Suite 1100
     Dallas, Texas, 75251


       */s/ Sarah B. Davis*
       Sarah B. Davis