## BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 POST OAK BOULEVARD
SUITE 2500
HOUSTON, TEXAS 77056-3000

WM. BRUCE STANFILL

(713) 623-0887
FAX (713) 960-1527

DIRECT DIAL (713) 871-6733
EMAIL: WSTANFILL@BMPLLP.COM

March 10, 2010


RECEIVED
MAR 15
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

*Via Facsimile*

Greg Gutman, Esq.
LAW OFFICE OF GREG GUTMAN
12770 Coit Road, Suite 1100
Dallas, Texas 75251

Re:   *Air Foodmart, Inc., et al. v. Lease Finance Group, LLC*; Case No. 3:09-cv-1134;
      In the United States District Court for the Northern District of Texas

Dear Greg:

Please be advised that the hearing on *Defendant's Motion to Dismiss or, in the Alternative, Motion to Transfer Venue* presently set on March 22, 2010, at 1:30 p.m., has been **cancelled**.

Further, be advised that the deposition of Plaintiff, Rafiq Merchant, presently set on March 11, 2010, at 9:00 a.m. has also been **cancelled.**

If you have any questions, please feel free to contact me at your convenience.

Very truly yours,

BEIRNE MAYNARD & PARSONS L.L.P.

Wm. Bruce Stanfill

WBS/bs

cc:   Clerk, U.S. District Court